

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO HEALTHCARE SYSTEM D/B/A LAS PALMAS MEDICAL CENTER, | § | No. 08-13-00285-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| LAURA MURPHY, | § | (TC# 2004-2844) |
| Appellee. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 28, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Michael A. Hatchell, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 28, 2014.

IT IS SO ORDERED this 29th day of January, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.